In the Matter of the Assignment of CHARLES CROWDER *et al.* to GEORGE A. HETTRICK for the Benefit of Creditors.

[SPECIAL TERM.]

(Decided May 17th, 1883.)

An assignee for the benefit of creditors will not be compelled to permit an inspection by the creditors of the assigned stock. If the creditors make an offer to purchase, the assignee will be responsible for the exercise of his discretion in accepting or refusing such offer.

APPLICATION by creditors of the assignors in a general assignment for the benefit of creditors for the removal of the

assignee, an examination of the books of the assignors, and an inspection of a stock of goods, part of the assigned estate.

The facts are stated in the opinion.

J. F. DALY, J.—The papers do not show sufficient grounds for the removal of the assignee. There does not seem to be any reason for believing that the trust estate will not be properly administered by him. The application to remove him will be denied. The application for examination of the books will be granted. There does not seem to be any authority for compelling the assignee to permit creditors to inspect the assigned stock. If they make an offer to purchase it, the assignee will exercise his judgment in accepting or rejecting such offer, being responsible for his good faith and discretion in so doing.

Order accordingly.